## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-cv-00122-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 16, 2015 |
| ELY STATE PRISON, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Doc. # 46, Plaintiff's "Request for Temporary Assistance of Counsel." Plaintiff's motion, whether it pertains to "temporary assistance" or permanent appointment, fails to satisfy the legal requirements addressed in greater detail in this Court's order of February 25, 2015. (Doc. # 44.)

Plaintiff's motion (Doc. # 46) is therefore **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk