UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>ELY STATE PRISON, et al.,<br><br>　　　　　Defendants. | 3:14-cv-00122-MMD-WGC |
| LAUSTEVEION JOHNSON,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>JAMES GREG COX, et al.,<br><br>　　　　　Defendants. | 3:14-cv-00213-RCJ-WGC<br><br>**ORDER EXTENDING<br>COPY WORK LIMIT** |

　　　Before the court is Plaintiff's "Ex Parte Motion Extension of Legal Copy Work" (Doc. # 51[1]) which Plaintiff has filed in case number 3:14-cv-00122-MMD-WGC.  Plaintiff requests an extension of his copywork limit in the amount of $50.00 for this case, stating he "needs copies to file his summary judgment on 5/14/15." (Doc. # 51.)

　　　Also before the court is his "Motion for Reconsideration on Extension of Legal Copy Work Limit" (Doc. # 50), which Plaintiff filed in case number 3:14-cv-00213-RCJ-WGC. Plaintiff states he needs the copy work extension because "dispositive motions are due on 5/21/15 and Plaintiff is preparing a motion for summary judgment and will have to file it on time." (*Id*.) The Order which Plaintiff seeks the court to reconsider is Doc # 47.  His initial motion for legal copy work extension sought a copywork extension of $100.00. (Doc. # 45.)  The motion was denied because Plaintiff had not

---

[1] Refers to court's docket number.

identified what he needed the extension for nor did he submit the required inmate account information. (Doc. # 47).

An inmate plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying"). Nevada Department of Corrections (NDOC) Administrative Regulation (AR) 722 governs copying of legal documents by inmates, and provides, "[c]opies of legal documents requested by inmates may be made for a nominal fee." AR 722.01(9), *available at* http://www.doc.nv.gov/?q=node/68. "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." *Id*.

A court may order a prison to provide additional photocopying when the prisoner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. *See, e.g., Allen v. Clark County Detention Center*, 2011 WL 886343, at * 2 (D. Nev. March 11, 2011).

Plaintiff's motions (Doc. # 50, in 3:14-cv-213; Doc. # 51, in 3:14-cv-122) may show his indebtedness but he still has not explained what he needs to copy for his motions for summary judgment. However, because of the approaching deadlines for dispositive motion in both cases, the court **GRANTS** Plaintiff a copy work extension of **Thirty $30.00 Dollars**.

The Clerk shall also **SEND** a copy of this order extending copy work to the attention of the **Chief of Inmate Services for the Nevada Department of Corrections** (P.O. Box 7011, Carson City, NV 89702) so that the funds can be properly allocated**.**

Plaintiff's motions (Doc. # 50, in 3:14-cv-213 and Doc. # 51, in 3:14-cv-122) are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

DATED: May 8, 2015.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE