1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9    LAUSTEVEION JOHNSON,                )

10                         Plaintiff,    )              3:14-cv-00122-MMD-WGC
                    vs.                  )
11                                       )
     ELY STATE PRISON, et al.,           )
12                                       )
                         Defendants.     )
13   _____)
                                         )
14   LAUSTEVEION JOHNSON,                )
                                         )              3:14-cv-00213-RCJ-WGC
15                         Plaintiff,    )
                    vs.                  )
16                                       )              **ORDER EXTENDING**
     JAMES GREG COX, et al.,             )              **COPY WORK LIMIT**
17                                       )
                         Defendants.     )
18   _____)

19          The court clarifies its orders (Doc. # 52) in Case no. 3:14-cv-00122-MMD-WGC) and (Doc.

20   # 51) in Case number 3:14-cv-00213-RCJ-WGC.  The total copywork extension granted was the sum

21   of $30.00, or a total of **$15.00 for each case.**

22          The Clerk shall also **SEND** a copy of this order extending copy work to the attention of the **Chief**

23   **of Inmate Services for the Nevada Department of Corrections** (P.O. Box 7011, Carson City, NV

24   89702) so that the funds can be properly allocated**.**

25   **IT IS SO ORDERED.**

26   DATED:  May 12, 2015.

27                                        _____
                                          WILLIAM G. COBB
28                                        UNITED STATES MAGISTRATE JUDGE