UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-cv-00122-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 2, 2015 |
| ELY STATE PRISON, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time to File Opposition." (Doc. # 61.)  Plaintiff seeks an extension of time to and including June 30, 2015 to respond to the Defendants' dispositive motion.  Plaintiff's motion also seeks the court to order the Defendants "to issue Plaintiff a copy of their dispositive motion." (*Id.*).

First, with regard to the component of Plaintiff's motion stating he received the court's Minute Order (Doc. # 60) advising Plaintiff of the obligation to respond to Defendants' motion for summary judgment (Doc. # 57), Plaintiff represents he did not receive the Defendants' motion for summary judgment. (Doc. # 61.) Although Defendants' motion contains a certificate of service representing the motion was mailed to Plaintiff at High Desert State Prison (Doc. # 57 at 25), as an accommodation to Plaintiff, if Plaintiff still has not received Defendants' motion by the time Defendants receive this order, Defendants shall **RE-SERVE** their Motion for Summary Judgment (Doc. # 57), Motion for Leave to File Confidential Declarations Under Seal (Doc. # 56), and Notice of Under Seal Submission (Doc. # 59). In either event, Defendants shall **FILE** a notice with the Court confirming Plaintiff's receipt of their dispositive motion and attendant filings.

Second, with regard to Plaintiff's request for an extension, the court **GRANTS** Plaintiff's request and establishes the following briefing schedule as to the dispositive motions on file herein:

**July 3, 2015**   Deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment (Doc. # 57) and Defendants' Motion for Leave to File Confidential Declarations under Seal (Doc. # 56);

Deadline for Defendants to respond to Plaintiff's Motion for Summary Judgment (Doc. # 62).

MINUTES OF THE COURT
3:14-cv-00112-MMD-WGC
Date:  June 2, 2015
Page 2

**July 20, 2015**  Deadline for Defendants to reply to Plaintiff's response to Defendants' Motion for Summary Judgment (Doc. # 57);

Deadline for Plaintiff to reply to Defendants' response to Plaintiff's Motion for Summary Judgment (Doc. # 62).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
             Deputy Clerk