UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-cv-00122-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 30, 2015 |
| ELY STATE PRISON, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' June 29, 2015 motion for enlargement of time. (Doc. # 67.[1]) Defendants seek a fourteen (14) day extension of time to respond or reply to certain documents[2]:

(1)  Reply to Plaintiff's Opposition (Doc. # 66) to Defendants' Motion for Leave to File Declarations Under Seal (Doc. # 56), which is currently due on July 3, 2015.  A 14 day extension would make the reply due **July 17, 2015.**

(2) Opposition to Plaintiff's Motion for Summary Judgment (Doc. # 62), which is currently due on July 3, 2015.  A 14 day extension would make the opposition due on **July 17, 2015.**

(3) Reply to Plaintiff's Opposition (Doc. # 65) to Defendants' Motion for Summary Judgment (Doc. # 57), which is currently due **July 20, 2015**.  Defendants state the current deadline for their opposition is July 6, 2015; a 14 day extension would make the Opposition due on **July 20, 2015**, which is what the court already granted in Doc. # 63.

---

[1]  Refers to court's docket number.

[2]  The court previously granted an extension of time to Plaintiff on June 2, 2015, and set new briefing schedules as to the dispositive motions.  The current deadlines reflected herein are those granted in Doc. # 63.

MINUTES OF THE COURT
3:14-cv-00122-MMD-WGC
Date:  June 30, 2015
Page 2
___

      Defendants' motion for enlargement of time (Doc. # 67) is **GRANTED IN PART and DENIED IN PART** as follows:

      (1)  Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Leave to File Declarations Under Seal (Doc. # 66) is extended to **July 17, 2015.**

      (2)  Defendants' Opposition to Plaintiff's Motion for Summary Judgment (Doc. # 62) is extended to **July 17, 2015.**  In light of this extension, Plaintiff's Reply shall be due on or before **August 3, 2015.**

      (3)  The current deadline for Defendants' Reply to  Plaintiff's Opposition (Doc. # 65) to Defendants' Motion for Summary judgment is **July 20, 2015.** (Doc. # 63.) This component of Defendants' motion for enlargement of time (Doc. # 67) is therefore **moot**.

      **IT IS SO ORDERED.**

                                               LANCE S. WILSON, CLERK


                              By:  _____/s/_____
                                        Deputy Clerk