# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | 3:14-cv-00122-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 7, 2016 |
| ELY STATE PRISON, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Requesting Status Check on Dispositive Motions or in the Alternative Hearing for Oral Arguments on Dispositive Motions." (ECF No. 79.)  Plaintiff's motion is dated December 23, 2015, but was not filed until January 6, 2016.  Plaintiff's motion was filed one day after this court entered its report and recommendation concerning the parties' motions for summary judgment. (ECF No. 76.)

Plaintiff's motion (ECF No. 79) insofar as it requests oral arguments is **denied as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
    Deputy Clerk