UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-cv-00122-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 15, 2016 |
| | ) | |
| WILLIAM MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    <u>KATIE OGDEN</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's motion requesting an extension of his copy work limit in excess of $200.00 (ECF No. 94.)  Plaintiff states he has exceeded his copy work limit and has approximately 1000 pages that need to be copied for trial in this matter.  The Court notes the parties' Joint Pretrial Order was due on August 22, 2016, but has not yet been filed.  Paragraph VI of the form Pretrial Order (LR 16–4) directs the parties to identify their trial exhibits. The Court will therefore await the filing of that document to determine the amount of copies Plaintiff needs.

      It is the Court's understanding that copy rates at Nevada Department of Corrections facilities are generally $.10 per page.  Plaintiff has not demonstrated why he requires an additional 2000 pages of copy work.  Defendants' opposition merely suggests a more appropriate extension in the sum of $10.00.  (ECF No. 95.)

/ / /

MINUTES OF THE COURT
Johnson v. Moore, et al.
3:14-cv-00122-MMD-WGC
Page Two
_____


      Until the Court learns more about the number of copies of exhibits Plaintiff will require, Plaintiff's Motion (ECF No. 94) is **GRANTED IN PART.**  Plaintiff's copy work limit for the time being shall be increased by $10.00.  Plaintiff may renew his motion after the Joint Pretrial Order is submitted and Plaintiff specifically identifies the exhibits and the page length thereof of which he wants copies.  The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

      **IT IS SO ORDERED.**

                                                                     LANCE S. WILSON, CLERK

                                                                     By:        /s/
                                                                             Deputy Clerk