UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>ELY STATE PRISON, et al.,<br><br>           Defendants. | 3:14-cv-00122-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>November 15, 2016 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Before the Court is Defendants' Motion for Enlargement of Time to File a Proposed Joint Pretrial Order (ECF No. 107). Defendants request the Court extend the filing date until December 2, 2016, so the parties are able to finalize the Joint Pretrial Order.

   Defendants' Motion for Enlargement of Time to File a Proposed Joint Pretrial Order (ECF No. 107) is **GRANTED**. The parties shall have to and including **December 2, 2016**, in which to file their proposed Joint Pretrial Order.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
          Deputy Clerk