ADAM PAUL LAXALT
Nevada Attorney General
HEATHER B. ZANA
Deputy Attorney General
Nevada Bar No. 8734
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants Renee Baker,
Harold "Mike" Byrne, James "Greg" Cox,
Brea Howard, Julie Matousek, William Moore,
John Nakashima, Harry Peltzer, and Charles Schardin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:14-cv-00122-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER TO PRODUCE INMATE FOR MOTION HEARING** |
| ELY STATE PRISON, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Produce Inmate Lausteveion Johnson for Motion Hearing. The Court ordered that the above-captioned case shall hold a motion hearing at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501, on December 5, 2016. (ECF No. 111). The Motion to Produce Inmate Lausteveion Johnson for Hearing is GRANTED. Accordingly,

///
///
///
///
///
///
///

IT IS ORDERED that the Nevada Department of Corrections shall produce Lausteveion Johnson's (#82138) at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501, for his court appearance on December 5, 2016 at 2:00 p.m. until such time as the motion hearing is concluded.

IT IS SO ORDERED.

DATED: November 29, 2016.

_____
UNITED STATES MAGISTRATE JUDGE